IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR288 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRELL BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motions for sentence reduction (Filing Nos. 53 and 56), and the stipulation of the parties (Filing No. 57). Pursuant to the stipulation and the retroactive amendment to the cocaine base guideline, the Court finds the total (final) offense level should be adjusted from 36 to 34. The government and defense agree that the new sentence should be one hundred sixty-eight (168) months imprisonment, based on the prior computation of specific offense characteristics, adjustments, and any departures. Accordingly,

IT IS ORDERED that said motions are granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to a term of one hundred sixty-eight (168) months. He shall receive credit for all time served. The

conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 17th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court