IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR288 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRELL BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 104). The Court notes defendant is deceased. Accordingly,

IT IS ORDERED that the plaintiff's motion is granted. The petition for warrant or summons for petition under supervision (Filing No. 70), the amended petition for warrant or summons for petition under supervision (Filing No. 90), and the amended petition for warrant or summons for petition under supervision (Filing No. 101) are dismissed.

DATED this 18th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court